# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM WILSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FOAMIX PHARMACEUTICALS LTD., STANLEY HIRSCH, STANLEY STERN, REX BRIGHT, ANNA KAZANCHYAN, TONY BRUNO, DAVID DOMZALSKI, AARON SCHWARTZ, SHARON BARBARI, MENLO THERAPEUTICS INC., and MENLO MERGER SUB,<br><br>Defendants. | **Civil Action No. 3:19-cv-21563-MAS-TJB**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff William Wilson ("Plaintiff") voluntarily dismisses this action with prejudice as to the Plaintiff's individual claims and without prejudice as to the claims of the putative class. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Since no class has been certified and the dismissal is without prejudice as to the members of the putative class, notice of this dismissal is not required. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: March 25, 2020

**BRODSKY & SMITH, LLC**

By:  */s/ Evan J. Smith*
Evan J. Smith
esmith@brodskysmith.com
Marc L. Ackerman
mackerman@brodskysmith.com
1040 Kings Highway N., Suite 650
Cherry Hill, NJ 08034
T: (856) 795-7250
F: (856) 795-1799

*Attorneys for Plaintiff*

**So Ordered this 25th day of March, 2020.**

**HONORABLE MICHAEL A. SHIPP, U.S.D.J.**